[Civ. No. 3112.   Fourth Dist.   Feb. 29, 1944.]

PETER R. ROSTAIN, Respondent, v. PHIL C. KATZ, as Administrator with the Will Annexed, etc., et al., Defendants; ALEXANDER CONSTRUCTION COMPANY (a Corporation), Appellant.

Earle P. Thompson for Appellant.

H. E. Schmidt for Respondent.

BARNARD, P. J.—This is an action to quiet title. The material facts are precisely similar to those in the case of *Rostain* v. *Guggenheim*, this day decided, *ante*, p. 127 [146 P.2d 247] and the issues and questions raised are exactly the same.   For the reasons stated in the decision in that case the judgment is reversed and the cause remanded.

Marks, J., and Griffin, J., concurred.